# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

RASHAD J. JONES,

    Petitioner,

v.

MATTHEW MARSKE,

    Respondent.[1]

ORDER

Case No. 19-cv-541-bbc

---

On July, 1, 2019, the Eastern District of Michigan transferred petitioner Rashad J. Jones' claims under 28 U.S.C. § 2241 from case 15-cr-20438 to this court. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.

Federal law does not permit a court to waive a prisoner's entire obligation to pay filing fees, but it does allow a qualifying individual to proceed without prepaying some or all of the filing fee. To determine whether petitioner qualifies as indigent, any motion for leave to proceed without prepayment of the filing fee must include a certified copy of petitioner's inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately January 1, 2019, through the date of the petition, July 1, 2019.

---

[1] I have amended the caption to name the current warden of FCI Oxford as the respondent.

ORDER

IT IS ORDERED that:

1.   Petitioner Rashad J. Jones may have until July 24, 2019, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2.   If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before July 24, 2019, I will assume that petitioner wishes to withdraw this action voluntarily and will dismiss the action this petition.

Entered this 2nd day of July, 2019.

BY THE COURT:


/s/
PETER OPPENEER
Magistrate Judge